O

# United States District Court
# Central District of California

STEPHEN D. HEALY,

    Plaintiff,

v.

QOGNIFY, INC.,

    Defendant.

Case № 2:18-cv-06318-ODW(MRW)

**ORDER GRANTING STIPULATION CONTINUING DEADLINE TO ANSWER FIRST AMENDED COMPLAINT [31]**

The Court, having read and considered the parties Stipulation, hereby finds good cause and **GRANTS** the parties request.

Accordingly, Defendant Qognify, Inc.'s deadline to answer or otherwise respond to Plaintiff Stephen D. Healy's Second Amended Complaint shall be further extended by eight (8) days, to May 10, 2019, and the briefing schedule be rescheduled accordingly.

**IT IS SO ORDERED.**

April 30, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**